**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DANIAL GIRMA,

    Plaintiff,

v.

CONTEMPORARY SERVICES CORPORATION,

    Defendant.

Case No. 2:25-cv-02534-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). *See* Docket No. 6. A joint discovery plan must be filed by March 16, 2026.

IT IS SO ORDERED.

Dated: March 9, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1